IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-01727-LTB-KLM

NANCY MCADOO,

    Plaintiff,

v.

ITT EDUCATIONAL SERVICES, INC.,

    Defendant.
_____

## ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court pursuant to the Settlement Conference Instructions or Twelve Simple Rules ("Rules") [Docket No. 12] issued on January 13, 2011.  Paragraph number 2 of the Rules states that the Settlement Conference in this case will be vacated if the parties' Confidential Settlement Statements are not submitted in compliance with the Court's instructions, which were provided to the parties at the Scheduling Conference held on November 10, 2010 [Docket No. 9-1].  After reviewing the parties' submissions, only Defendant has submitted a Confidential Settlement Statement in compliance with the Court's instructions.  Accordingly,

    IT IS HEREBY **ORDERED** that the Settlement Conference set for February 24, 2011 at 1:30 p.m. is **vacated** and shall be reset only upon joint motion of the parties.

    Dated:  February 18, 2011

                                                BY THE COURT:

                                                s/ Kristen L. Mix
                                                Kristen L. Mix
                                                United States Magistrate Judge