IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-01727-LTB-KLM

NANCY MCADOO,

    Plaintiff,

v.

ITT EDUCATIONAL SERVICES, INC.,

    Defendant.
_____

### MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Defendant's Motion to Compel Fed. R. Civ. P. 26 Damage Disclosures & Tax Returns** [Docket No. 24; Filed June 20, 2011] (the "Motion").  Pursuant to the Scheduling Order [Docket No. 10], the Motion is premature. *See Scheduling Order* [#10] at 8 (incorporating by reference "Section E.1" of the Order Setting Scheduling/Planning Conference [Docket No. 6]).  Specifically,

> [n]o opposed discovery motions are to be filed with the Court until the parties comply with D.C.COLO.LCivR 7.1A.  If the parties are unable to reach agreement on a discovery issue after conferring, they shall arrange a conference call with Magistrate Judge Mix to attempt to resolve the issue. **Both of these steps must be completed before any contested discovery motions are filed with the Court**.

*Order Setting Scheduling/Planning Conference* [#6] at 2 (emphasis added).  Defendant has not arranged a conference call to attempt to resolve the instant discovery dispute. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion is **DENIED without prejudice**.

    IT IS FURTHER **ORDERED** that neither party shall file a contested discovery motion until after (1) unsuccessfully conferring with the other party pursuant to D.C.COLO.LCivR 7.1A., and (2) receiving leave from the Court to file the motion.  To conduct a hearing regarding a discovery dispute, the parties shall initiate a conference call and then, once all parties are on the line, dial the Court at **303-335-2770**.

    Dated:  June 21, 2011