**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  10-cv-01727-LTB-KLM

NANCY McADOO,

        Plaintiff,

v.

ITT EDUCATIONAL SERVICES, INC.,

        Defendant.

_____

**ORDER**
_____

      THIS MATTER having come before the Court on the Stipulation of Dismissal With Prejudice (Doc 28 - filed September 1, 2011), and the Court being fully advised in the premises, it is therefore

      ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                        BY THE COURT:

                         s/Lewis T. Babcock
                        Lewis T. Babcock, Judge

DATED:   September 2, 2011

1